

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-18-00398-CV

———————————————————

IN THE INTEREST OF T.A., T.A., AND T.A., CHILDREN

On Appeal from the 323rd District Court
Tarrant County, Texas
Trial Court No. 323-105898-17

Before Kerr, Gabriel, and Pittman, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellant's Motion to Withdraw Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered:  January 24, 2019